UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CAUSE NO. 3:10-CR-00006(01) RM |
| ) | |
| KEVIN M. BOWEN ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on March 26, 2010 [Doc. No. 24]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Kevin M. Bowen's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 2113(a).

SO ORDERED.

ENTERED:  April 13, 2010

/s/ Robert L. Miller, Jr.
Judge
United States District Court